ADELE STATES, Appellant, *v.* CHARLES J. CROMWELL, Respondent.

This court has no jurisdiction to compel an appellant to attach to the return copies of documents which were not part of the record in the court below.

If the documents should for any reason be made part of the record a motion for that purpose should be made in the court below.

(Argued January 18, 1887; decided January 25, 1887.)

The following is the *mem.* handed down in this case :

" This is a motion to compel the appellant to correct the return to this court by adding thereto copies of certain documents and to serve copies of the return, as so amended, upon the respondent.

"A complete answer to the motion is that the documents are no part of the record in the court below, and that the record certified to this court is a correct copy of that record. If the documents should be a part of that record, for any reason, we have no jurisdiction to make them a part thereof; but a motion for that purpose should be made to the court below.

"Motion denied with $10 costs."

*George Zabriskie* for motion.

*Samuel L. Gross* opposed.

*Per Curiam mem.* for denial of motion.
All concur.
Motion denied.